# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MARCIANI,<br><br>         Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>         Defendant | Case No.: 2:22-cv-06669-KK<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,750.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 13, 2023

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3          /s/ *Brian C. Shapiro*
    BY: _____
4         Brian C. Shapiro
          Attorney for plaintiff Jonathan Marciani
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-